# Order

**Lansing, Michigan**

June 26, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

Rehearing No. 582

4 December 2011

142615

DOREEN JOSEPH,
      Plaintiff-Appellee,

v

A.C.I.A.,
      Defendant-Appellant.

_____

SC: 142615
COA: 302508
Macomb CC: 2009-005726-CK

On order of the Court, the motion for rehearing is considered, and it is DENIED.

CAVANAGH, MARILYN KELLY and HATHAWAY, JJ., would grant rehearing.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the
foregoing is a true and complete copy of the order entered at the direction of the Court.

June 26, 2012

_____
Clerk